UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA
                    Criminal No. 07-391 (JNE/JJG)

UNITED STATES OF AMERICA,    )
                             )
          PLAINTIFF,         )
                             )    PRELIMINARY ORDER
     v.                      )    OF FORFEITURE
                             )
JESSE JOSEPH LAWRENCE,       )
                             )
          DEFENDANT.         )

Based on the United States' motion for a Preliminary Order of Forfeiture; on the Plea Agreement entered into between the United States and Defendant Jesse Joseph Lawrence; on the Court having found that the firearms seized from the defendant's residence are subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1); and on the Court's determination that, based on the Plea Agreement entered into by the defendant and based on all of the files and records of this proceeding, the government has established the requisite nexus between the foregoing property and the offense to which the defendant has pled guilty,

IT IS HEREBY ORDERED that:

1. the firearms itemized on Attachment A, with the exception of a Sten Mark machine gun, serial number P46727 (gun number 48) and a Smith & Wesson, Model SW99 .40 caliber pistol, serial number SAB9851 (gun number 55), are forfeited

to the United States pursuant to 18 U.S.C. § 924(d)(1), in conjunction with 28 U.S.C. § 2461(c);

2.   the Sten Mark machine gun, serial number P46727 (gun number 48) and the Smith & Wesson, Model SW99 .40 caliber pistol, serial number SAB9851 (gun number 55), are excluded from this order because these firearms have already been administratively forfeited to the United States;

3.   the Attorney General or his authorized designee may seize the foregoing firearms and maintain custody and control of the firearms pending the entry of a Final Order of Forfeiture;

4.   the United States shall, pursuant to 21 U.S.C. § 853(n)(1), as incorporated by 29 U.S.C. § 2461(c), publish and give notice of this Order and its intent to dispose of the foregoing property in such manner as the Attorney General may direct;

5.   pursuant to Fed. R. Crim. P. 32.2(b)(3), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing, and shall be made a part of the sentence and included in the judgment;

6.  following the Court's disposition of all petitions filed pursuant to 21 U.S.C. § 853(n)(2) or, if no petitions are filed, following the expiration of the time period specified within which to file such petitions, the United States shall have clear title to the foregoing property and may warrant good title to any subsequent purchaser or transferee; and

7.  this Court shall retain jurisdiction to enforce this Order, and to amend it as necessary pursuant to Fed.R.Crim.P. 32.2(e).

Dated: August 18, 2008

          s/ Joan N. Ericksen
          JOAN N. ERICKSEN, Judge
          United States District Court